FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2017

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-815-R |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| Christopher Arredondo, | ) | Allegations of Violations of |
| | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

        conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2.   The Court concludes:

A.   ( ✓ )  Defendant has failed to demonstrate by clear and
           convincing evidence that he is not likely to pose
           a risk to the safety of any other persons or the
           community.  Defendant poses a risk to the safety
           of other persons or the community based on:

_____

_____

_____

_____

_____

B.   ( ✓ )  Defendant has failed to demonstrate by clear and
           convincing evidence that he is not likely to flee
           if released.  Defendant poses a flight risk based
           on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  ___3/29/17___

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2