O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR12-815 R-2 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| ) | 18 U.S.C. § 3143(a) |
| *Christopher Arredondo* ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _Central District of Cal._ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( X ) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _See PSA report_

   B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 7-27-19

Frederick F. Mumm
United States Magistrate Judge

2